HONORABLE M.R. Kravitz    CT/cvmhrg (January 10, 2002)

TOTAL TIME: ___ hours :45 minutes    DEPUTY CLERK K. Ghilardi    RPTR/ERO/TAPE K. Falcone

DATE Oct 23, 2003    START TIME 10:15 AM    END TIME 11:00 AM
LUNCH RECESS FROM _____ TO _____
Short    RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02cv827MRK

Kerin M. Woods
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Unum Life Ins. Co.

Alexander H. Schwartz
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing    ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing    ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing    ☐ (fairhrg.) Fairness Hearing    ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

#19    Motion Def Mot. Summary Judgement    ☐ granted  ☐ denied  ☒ advisement
#14    Motion Pla Mot Summary Judgement    ☐ granted  ☐ denied  ☒ advisement

Brief(s) due _____    Proposed Findings due _____    Response due _____

_____ Hearing continued until _____ at _____