**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

WANDA SHORT

      v.                                              Civil No.  3:02CV827(MRK)

UNUM LIFE INSURANCE COMPANY
OF AMERICA

**JUDGMENT**

This matter came on for consideration of plaintiff's motion for summary judgment and defendant's motion for summary judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on December 3, 2003, entered a Memorandum of Decision granting the defendant's motion for summary judgment and denying the plaintiff's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 18th of December, 2003.

                                                  KEVIN F.  ROWE, CLERK

                                                  By   /s/ Kenneth R. Ghilardi
                                                          Deputy Clerk

EOD: _____

EOD: _____